1  REGINA J. McCLENDON (State Bar No. 184669)
   rjm@severson.com
2  PIRET LOONE (State Bar No. 271347)
   pl@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC
(incorrectly sued herein as GMAC MORTGAGE LLC.
fka GMAC MORTGAGE CORP. dba DITEC.COM)
and EXECUTIVE TRUSTEE SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVINA GEORGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GMAC MORTGAGE LLC, FKA GMAC MORTGAGE CORP. DBA DITEC.COM, EXECUTIVE TRUSTEE SERVICES, LLC, its assignees and/or successors, GMAC MORTGAGE LLC, FKA GMAC MORTGAGE CORP. DBA DITEC.COM, EXECUTIVE TRUSTEE SERVICES LLC, unknown business entities and Does 1 TO 10 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: **2:10-cv-07196-JHN -Ex**<br><br>Assigned to: The Hon. Jacqueline Nguyen<br><br>**JUDGMENT** |

On April 21, 2011, this Court issued an order directing plaintiff to show cause no later than May 6, 2011, why this case should not be dismissed with prejudice for failure to prosecute or comply with the Court's rules and orders. Docket 27. Plaintiff did not timely file a response.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants and this case is dismissed with prejudice as to all Defendants. Plaintiff Divina George is to recover nothing from Defendants.

Date: MAY 2 6 2011

_____
United States District Judge Jacqueline H. Nguyen